## H. C. FLOURNOY v. THE STATE.

No. 5781. Decided April 14, 1920.

1. **Murder—Practice on Appeal—Withdrawing Appeal.**

Where, upon trial of murder and a conviction of manslaughter, appellant presented a motion duly sworn to in this court requesting leave to withdraw his appeal, the same is granted.

Appeal from the District Court of Smith. Tried below before the Honorable J. R. Warren.

Appeal from a conviction of manslaughter; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Johnson & Edwards*, for the appellant.

*Alvin M. Owsley*, Assistant Attorney General for the State.

LATTIMORE, JUDGE.—Appellant was tried in the District Court of Smith County, upon an indictment charging him with murder. He was convicted of manslaughter, and his punishment fixed at confinement in the State penitentiary for a term of two years.

Since the filing of this appeal, appellant has presented his motion, duly sworn to, requesting leave to withdraw the appeal in this case, which is accordingly hereby granted, and the appeal is dismissed.

*Dismissed.*